IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DENISE REED, individually, VICKI ROSS, individually, and TAMARA FLOYD, individually,<br>　　　　Plaintiffs,<br><br>vs.<br><br>SALDANA RAUL TRUCKING, a California Transport Company, and RAUL SALDANA AGUILAR, individually,<br>　　　　Defendants | § § § § § § § § § § § § §　Case Number: 2:17-cv-00235-K-D |

## JUDGMENT

BE IT REMEMBERED that on this day, came on to be heard and considered the above-captioned and numbered case, when came the parties, by and through their respective attorneys of record, and announced to the Court that they have entered into an accord and settlement in this cause and no longer wish to prosecute this cause further and have agreed that judgment should be entered whereby the Plaintiffs take nothing by way of this lawsuit against Defendant, RAUL SALDANA AGUILAR D/B/A SALDANA RAUL TRUCKING. It is, accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiffs, DENISE REED, VICKI ROSS AND TAMARA FLOYD, shall take nothing by way of this suit and that Defendant, RAUL SALDANA AGUILAR D/B/A SALDANA RAUL TRUCKING, be discharged, and that said Defendant, RAUL SALDANA AGUILAR D/B/A SALDANA RAUL TRUCKING, stand fully released, discharged and acquitted. It is further,

ORDERED, ADJUDGED and DECREED that costs of court incurred herein are hereby assessed against the party incurring same.

SIGNED and ENTERED this  5th  day of  June , 2018.

_____
JUDGE PRESIDING

APPROVE AS TO FORM AND
SUBSTANCE AND ENTRY REQUESTED:

**OLDENETTEL & LONG**

By: _____
Rick Lee Oldenettel
TBA No. 15244500
210 Coronado St.
Houston, Texas 77009
(713) 622-9220 (PHONE)
(713) 622-5161 (FAX)

ATTORNEY FOR DEFENDANT,
RAUL SALDANA AGUILAR
D/B/A SALDANA RAUL TRUCKING

**BRYAN GARRETT, PLLC**

By: _____
Bryan Garrett
OBA No.: 17866
119 N. Robinson, Suite 650
Oklahoma City, OK 73102
(405) 839-8424 (PHONE)
(888) 261-7270 (FAX)

ATTORNEY FOR PLAINTIFFS,
DENISE REED, VICKI ROSS AND TAMARA FLOYD